# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DESHON LEMONS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIF. DEPT. OF CORRECTION & REHABILITATION, ALEJANDRO CAMARILLO,<br><br>　　　　　Defendants. | CASE NO. 14cv2814 DMS (DHB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** |

On November 25, 2014, Plaintiff Terrell Deshon Lemons ("Plaintiff"), a state prisoner proceeding *pro se*, filed a Complaint Under the Civil Rights Act 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was housed at Centinela State Prison.

On September 30, 2015, Magistrate Judge David Bartick issued a Report and Recommendation ("R&R"), recommending that the Court grant in part and deny in part Defendants' motion to dismiss. Specifically, the Magistrate Judge recommended the Court grant the motion as to Plaintiff's official capacity claims against Defendants Camarillo and Villalobos and deny the motion based on failure to exhaust. Plaintiff filed objections to the R&R on October 19, 2015.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Plaintiffs' objections thereto adopts the R&R in its entirety. Defendants' motion to dismiss is

granted as to Plaintiff's official capacity claims against Defendants Camarillo and Villalobos and denied as to exhaustion.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(C), Defendants shall file their Answer to the Complaint within 21 days of the filing of this Order.

**IT IS SO ORDERED**.

DATED: January 12, 2016

HON. DANA M. SABRAW
United States District Judge