

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Terrell Deshon Lemons

                **Plaintiff,**

                V.

See Attachment

                **Defendant.**

**Civil Action No.** 14-cv-2814-DMS-RNB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion for summary judgment is granted and Plaintiff's motions are denied. The Clerk of Court shall enter judgment for Defendants. It Is So Ordered.

Date: 3/15/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J Gutierrez

                J Gutierrez, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>14-cv-2814-DMS-RNB</u>

V.

Defendant
Alejandro Camarillo, California Department of Correction and Rehabilitation Officer; Domingo Uribe, Warden; C. S. McWilliams, Lieutenant; M. Greenwood, Captain; Debra Pollard, Seargent; D. Zamora, Officer; L. Valenzuela, Lieutenant; Cortez, Seargent; J. Sias, Lieutenant; Shady Villalobos, L.V.N; S. Luker, I.S.V. Officer; Amy Miller, Warden (Non); Rameriz, Sergeant; Galeana, CCII, Supervisory Correctional Officer; C. Angulo, CCII